UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

SHANIQUA NYETTA HOUSE )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 4:17-CV-65-FL
)
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
)
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge, to which objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 16, 2018, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. This matter is dismissed.

**This Judgment Filed and Entered on July 16, 2018, and Copies To:**

Shaniqua Nyetta House (via U.S. Mail at 6111 Bulltown road, LaGrange, NC 28551)
Keeya M. Jeffrey (via CM/ECF Notice of Electronic Filing)


July 16, 2018                                     PETER A. MOORE, JR. CLERK
                                                    /s/ Sandra K. Collins
                                                    (By) Sandra K. Collins, Deputy Clerk